UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO. 89-80897

v.        HONORABLE AVERN COHN

D-1, CHARLES BRUCE WHITE,

        Defendant.
                               /

## **ORDER FINDING PRO-SE MOTION FOR SENTENCING AS MOOT**

The defendant has filed a motion styled Pro-se Motion for Sentencing. The attached letter (Exhibit A) adequately explains about what will take place on defendant's release from state custody. Therefore,

IT IS HEREBY ORDERED that the motion is MOOT.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: December 16, 2008

I hereby certify that a copy of the foregoing document was mailed to Charles Bruce White, #17715, Cooper Street Correctional Facility, 3100 Cooper St. , Jackson, MI 49201 and the attorneys of record on this date, December 16, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160